# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 7, 2008

Charles R. Fulbruge III
Clerk

No. 07-30215

In The Matter of: LILJEBERG ENTERPRISES, INC

Debtor

LEONARD LEVENSON, A PLC, LEONARD L LEVENSON

Appellants

v

LILJEBERG ENTERPRISES INC

Appellees

Appeal from the United States District Court
for the Eastern District of Louisiana, New Orleans
Cause No. 2:05-CV-921

Before KING, STEWART, and PRADO, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.   See 5th Cir. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.